SCHOOLEY *et al.* v. THE GLOBE INSURANCE COMPANY *et al.*

**Appeal:** NOT SHOWN BY ABSTRACT: DISMISSAL. Where the abstract of the record submitted to this court by an appellant fails to show that an appeal has been taken, the court has no jurisdiction except to dismiss the cause.

*Appeal from Monroe District Court.*—HON. DELL STUART, Judge.

FILED, OCTOBER 27, 1888.

THIS action was brought on a policy of insurance to recover for a loss sustained by the burning of the property alleged to have been insured.    There was a trial to the court and a judgment in favor of plaintiffs.

*Cole, McVey & Clark*, for appellant.

*T. B. Perry*, for appellees.

ROBINSON, J.—The abstract fails to show that an appeal has been taken. No reference to an appeal is made therein. This is a fatal defect. *Plummer v. People's Nat. Bank*, 74 Iowa, 731; *Phillips v. Follet*, 69 Iowa, 39. The case is therefore        DISMISSED.